UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60311-CIV-DAMIAN

**VICENTE HAZIEL PEREZ-ALONZO**,

      Petitioner,
v.

**KRISTI NOEM, in her official capacity
as Secretary of the Department of
Homeland Security**, *et al.*,

      Respondents.
_____/

<u>**ORDER TO SHOW CAUSE**</u>

**THIS CAUSE** is before the Court on Petitioner, Vicente Haziel Perez-Alonzo's ("Petitioner"), Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 [ECF No. 1], filed on February 4, 2026.

THE COURT has reviewed the Petition and the record in this case and is otherwise fully advised. In the Petition, Petitioner asserts constitutional and due process challenges to his arrest by immigration officials and alleges, in relevant part, that his detention is unlawful. Petitioner requests an order from this Court directing Respondents to show cause why his Petition should not be granted. *See* Petition at 23.

"Section 2241 provides a writ of habeas may issue to a prisoner . . . [who is] in custody in violation of the Constitution or laws or treaties of the United States." *Medberry v. Crosby*, 351 F.3d 1049, 1059 (11th Cir. 2003). The Eleventh Circuit has made clear that "[t]he petition for writ of habeas corpus is the sole remedy for petitioners challenging the fact or duration of their imprisonment." *Vaz v. Skinner*, 634 F. App'x 778, 780 (11th Cir. 2015); *see also Gomez v. United States*, 899 F.2d 1124, 1125-26 (11th Cir. 1990) (citing *Preiser v.*

*Rodriguez*, 411 U.S. 475, 504 (1973)). Upon entertaining a § 2241 habeas corpus petition, a court "shall forthwith award the writ of habeas corpus or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C. § 2243.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Counsel for Respondents shall immediately, in writing, notify the Court of receipt of this Order and the name of the attorney(s) to whom the case is assigned.

2. On or before **February 13, 2026**, Respondents shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition.

3. Counsel for Respondents are instructed to caption the response a "Response" and not a "Motion to Dismiss."

4. Petitioner may, but is not required to, file a reply within **seven (7) days** after Respondents file their response. Any such reply shall not exceed ten (10) pages. *See* S.D. Fla. L.R. 7.1(c).

5. The Court will set a hearing by separate Order, if deemed necessary.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 5th day of February, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**